

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL 29 AM 9: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 MJ 2308

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Ricky Darnell Woods ) | Title 18, United States Code Sections 751(a) and 4082 Escape from Federal Custody |
| ) | |
| _____ ) | |

The undersigned complainant, being duly sworn states:

That on or about July 9, 2008, at San Diego, California, in the Southern District of California, Ricky Darnell Woods did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: Correctional Alternatives Residential Re-Entry Center, San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for Bringing in Illegal Aliens without Presentation in violation of Title 8 United States Code 1324 and Title 18 United States Code 2, Aiding and Abetting in violation of Title 18, United States Code Sections, 751(a) and 4082.

And the complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

_____
Johnnie S. Medina
Deputy U.S. Marshal

Sworn to before me, and subscribed in
my presence this 28th day of July, 2008.

_____
U.S. Magistrate Judge

Sworn to before me, and subscribed in my presence this
day of _____, 2008.

_____
United States Magistrate Judge

## AFFIDAVIT

**STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

I, Johnnie S. Medina, being duly sworn, hereby depose and say:

1. I am a Deputy U.S. Marshal and have been so employed for over five years.

2. This affidavit is made in support of a complaint against Ricky Darnell Woods for escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a) and 4082.

3. On July 9, 2008, at 2145 hours, the United States Marshals Service, S/CA, received a report that Ricky Woods had escaped from the Correctional Alternatives RRC, 551 S. 35th Street, San Diego, California, a federally contracted facility..

4. On July 11, 2008, I reviewed files from the United States Marshals Service and the Correctional Alternatives RRC. My review of the files revealed the following facts:

    a. Records show that Woods had received a sentence of 18 months custody imposed by United States District Court Judge Thomas J. Whelan, Southern District of California, on December 4, 2007, after having been convicted of violating Title 8 USC 1324 and 18 USC 2, Bringing in Illegal Aliens without Presentation and Aiding and Abetting.

    b. The records show that on July 8, 2008, Woods was transferred from FCI Lompoc to the Correctional Alternatives RRC and had a projected release date of December 4, 2008.

    c. On July 9, 2008, at 1:00 p.m., Woods signed out of the facility on a job search with a return time of 5:00 p.m.. Woods never returned as scheduled. At 6:15 p.m. a search of the facility and the surrounding area was conducted as well as checks with local law enforcement and emergency service agencies in the San Diego area, all of which provided negative results in the whereabouts of Woods and his current whereabouts are unknown and he remains a fugitive.

    d. Woods has not returned to Correctional Alternatives nor has he surrendered to the United States Marshals Service as of July 28, 2008.

Dated: July 28, 2008

_____
Johnnie S. Medina
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me
on this 28th day of July, 2008.

_____
United States Magistrate Judge