AO 442   (Rev. 10/03) Warrant for Arrest

#1538848

04826-2 98

12/3/58

## UNITED STATES DISTRICT COURT

SOUTHERN _____    District of  CALIFORNIA

FILED 8:23
2008 JUL 30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RICKY DARNELL WOODS

WARRANT FOR ARREST

BY:

Case Number: _____ '08 MJ 2308

**To: The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest  RICKY DARNELL WOODS
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

RECEIVED
2008 JUL 29 A 11:07
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense):
ESCAPE FROM FEDERAL CUSTODY

7/29/08 Deputy Beal

ARRESTED BY FORD
STEVE C ___ HAL, S/CA
ACTING U.
BY

in violation of Title ___ United States Code, Section(s)  751 (a) & 4082

**JAN M. ADLER**
Name of Issuing Officer

**MAGISTRATE JUDGE**
Title of Issuing Officer

Signature of Issuing Officer

SAN DIEGO, CALIFORNIA
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'A'

Medina