FILED

08 AUG 12 AM 11: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 2685 W

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Criminal Case No. _____ |
|                               ) | |
|            Plaintiff,         ) | I N D I C T M E N T |
|                               ) | |
|       v.                      ) | Title 18, U.S.C., Secs. 751(a) |
|                               ) | and 4082(a) - Escape |
| RICKY DARNELL WOODS,          ) | |
|                               ) | |
|            Defendant.         ) | |

The grand jury charges:

On or about July 9, 2008, within the Southern District of California, defendant RICKY DARNELL WOODS did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of Bringing in Illegal Aliens for Financial Gain, in violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii), and Aiding and

//

//

//

CA:nlv(1):San Diego
8/11/08

1  Abetting, in violation Title 18, United States Code, Section 2; all

2  in violation of Title 18, United States Code, Sections 751(a)

3  and 4082(a).

4      DATED: August 12, 2008.

5                                      A TRUE BILL:

6

7                                      _____
                                       Foreperson

8

9  KAREN P. HEWITT
   United States Attorney

10

11 By:  _____
        CARLA J. BRESSLER
12      Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                           2