```
                                                       FILED

                                                  2008 AUG 19  AM 11:46

                                                  CLERK US DISTRICT COURT
                                                SOUTHERN DISTRICT OF CALIFORNIA

                                                BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2685-W |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | **(Superseding)** |
| v. ) | |
| ) | Title 18, U.S.C., Secs. 751(a) |
| RICKY DARNELL WOODS, ) | and 4082(a) - Escape |
| Defendant. ) | |

The grand jury charges:

On or about July 9, 2008, within the Southern District of California, defendant RICKY DARNELL WOODS did escape from an institution and facility in which he was confined by direction of the Attorney General, and his authorized representative, by willfully failing to remain within the extended limits of his confinement in that he did not appear at the Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, as directed, said custody and confinement being by virtue of felony conviction for bringing in illegal aliens for financial gain, in violation of Title 21, United States Code,

//

CA:nlv:San Diego
8/19/08

```
 1  Section 1324(a)(2)(B)(ii), and aiding and abetting, in violation of
 2  Title 18, United States Code, Section 2; all in violation of
 3  Title 18, United States Code, Sections 751(a) and 4082(a).
 4      DATED: August 19, 2008.
 5                                          A TRUE BILL:
 6
 7                                          _____
 8                                          Foreperson
 9  KAREN P. HEWITT
    United States Attorney
10
11  By: _____
        CARLA J. BRESSLER
12      Assistant U.S. Attorney
```